**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**NORTHERN DIVISION**

UNITED STATES OF AMERICA,

       Plaintiff,

v.                                Case No. 96-20058-BC

VENNIS DELON LILES,

       Defendant.

_____/

**ORDER HOLDING MATTER IN ABEYANCE AND**
**DIRECTING SUBMISSION OF AN UPDATED REPORT**

       Pending before the court is a 1B1.10 Report and a stipulation suggesting that the Defendant Vennis Delon Liles is eligible for a sentence reduction under 18 U.S.C. § 3782(c)(2). Based upon the stipulation, the court has calculated that Defendant's earliest *possible* release date is not until November of 2010. The court has determined that it should address those cases involving defendants with earlier possible release dates before reaching defendants whose potential release dates are in 2010 or later. This determination is primarily based on considerations of judicial economy but will also allow the court to consider Defendant's future conduct when the matter is ready for review. Accordingly,

       IT IS ORDERED that this matter is HELD IN ABEYANCE pending further order of the court. IT IS FURTHER ORDERED that the probation department is DIRECTED to prepare and submit an updated § 1.B1.10 Report on **June 3, 2010.**

                       s/Robert H. Cleland
                       ROBERT H. CLELAND
                       UNITED STATES DISTRICT JUDGE

Dated:  February 17, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 17, 2009, by electronic and/or ordinary mail.

 s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522