# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### NORTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                               Case No. 96-20058-BC

VENNIS DELON LILES,

      Defendant.

_____/

## ORDER AMENDING FEBRUARY 17, 2009 ORDER

The court issued an order on February 17, 2009 directing the probation department to prepare and submit an updated § 1.B1.10 Report on June 3, 2010. Upon further reflection, the court will require the updated report this spring, rather than next spring. Accordingly,

IT IS ORDERED that the February 17, 2009 Order [Dkt. # 101] is AMENDED to provide that the probation department is DIRECTED to submit an updated § 1.B1.10 Report on **May 15, 2009.**

                           s/Robert H. Cleland_____
                           ROBERT H. CLELAND
                           UNITED STATES DISTRICT JUDGE

Dated: February 19, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 19, 2009, by electronic and/or ordinary mail.

                           s/Lisa Wagner_____
                           Case Manager and Deputy Clerk
                           (313) 234-5522

S:\Cleland\JUDGE'S DESK\C3 ORDERS\96-20058.LILES.AmendAbeyance.wpd